■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN WRIGHT, Also Known as SHAW THOMPSON, Also Known as ANDREW LYNCH, Appellant. [679 NYS2d 828] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered November 16, 1994, convicting him of murder in the second degree and burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertion on appeal, he was not deprived of effective assistance of counsel (*see, People v Flores,* 84 NY2d 184).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved

for appellate review or without merit. Ritter, J. P., Thompson, Pizzuto and McGinity, JJ., concur.